**Opinion issued October 14, 2014**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-14-00530-CV

————————————

**SYED HASAN, Appellant**

**V.**

**BELLCROFT PROPERTIES, LLP, Appellee**

---

**On Appeal from the 55th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-74060**

---

### MEMORANDUM OPINION

Appellant, Syed Hasan, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts

of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court on July 18, 2014, that this appeal was subject to dismissal, appellant did not timely respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.